UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :     CHAPTER 13
CRYSTAL G. BROWN,                   :
                                    :
                                    :     Case No. 23-10104-mdc
        DEBTOR.                     :

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW my appearance on behalf of the debtor in the above-referenced Chapter 13 bankruptcy case.

                                    Respectfully submitted,

                                    /s/ Mark A. Cronin
                                    Mark A. Cronin, Esquire
                                    26 S. Church Street
                                    West Chester, PA 19382
                                    (484) 266-0832
                                    philalaw@aol.com
                                    Attorney for Debtor


KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case.

                                    Respectfully submitted,

                                    /s/ Joseph F. Claffy
                                    Joseph F. Claffy, Esquire
                                    Joseph F. Claffy & Associates, P.C.
                                    26 S. Church Street
                                    West Chester, PA 19382
                                    (610) 429-0900
                                    claffylaw@outlook.com
                                    Attorney for Debtor