**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 23-10104-MDC

CRYSTAL G. BROWN

967 West Main Street

Coatesville, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CRYSTAL G. BROWN

967 West Main Street

Coatesville, PA 19320

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY, ESQ
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382-

                                /S/ Kenneth E. West

Date: 4/6/2023                        _____

                                Kenneth E. West, Esquire
                                Chapter 13 Standing Trustee