# Earnings Statement

**ADP®**

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

Period Ending: 11/15/2022
Pay Date: 11/15/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

**CRYSTAL G BROWN**
**967 W MAIN STREET**
**COATESVILLE PA 19320**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1152.40 | | 1,152.40 | 22,975.35 |
| Reg Ot | 23.0000 | .50 | 11.50 | 976.43 |
| Other | | | | 513.90 |
| Overtime | | | | 8.01 |
| Supplementals | | | | 2,725.58 |
| **Gross Pay** | | | **$1,163.90** | 27,199.27 |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $950.23

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Comp Hours Bal | | 0.00 |
| Pers Days Bal | | 2.50 |
| Sick Days Bal | | 27.41 |

**Deductions**

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -83.72 | 1,988.05 |
| Social Security Tax | -64.33 | 1,529.48 |
| Medicare Tax | -15.04 | 357.70 |
| PA State Income Tax | -31.85 | 757.34 |
| Caln Twp Income Tax | -10.38 | 246.67 |
| PA SUI Tax | -0.68 | 15.91 |

**Other**
| | | |
|---|---|---|
| Lst | -2.09 | 52.00 |
| Prtxden (Spec) | -7.70* | 161.70 |
| Prtxmed (Spec) | -82.31* | 1,641.06 |
| Prtxpre (Spec) | -34.41* | 686.20 |
| Prtxvis (Spec) | -1.96* | 41.27 |
| Union Dues | -17.98 | 231.65 |
| 7.50% Retire | -87.29* | 2,039.94 |

| **Net Pay** | **$724.16** | |
|---|---|---|
| Savings | -724.16 | 17,450.30 |
| **Net Check** | **$0.00** | |

© 2000 ADP, Inc.

---

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

**Advice number:** 00000451251
**Pay date:** 11/15/2022

*THIS IS NOT A CHECK*

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **CRYSTAL G BROWN** | xx0412 | xxxx xxxx | $724.16 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

Period Ending:  01/31/2023
Pay Date:  01/31/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  PA:  N/A

**CRYSTAL G BROWN**
**967 W MAIN STREET**
**COATESVILLE PA 19320**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1152.40 | | 1,152.40 | 2,304.80 |
| **Gross Pay** | | | **$1,152.40** | 2,304.80 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -77.33 | 154.66 |
| | Social Security Tax | -63.62 | 127.23 |
| | Medicare Tax | -14.87 | 29.75 |
| | PA State Income Tax | -31.50 | 63.00 |
| | Caln Twp Income Tax | -10.26 | 20.52 |
| | PA SUI Tax | -0.79 | 1.57 |
| | **Other** | | |
| | Lst | -2.17 | 4.34 |
| | Prtxden (Spec) | -7.70* | 15.40 |
| | Prtxmed (Spec) | -82.31* | 164.62 |
| | Prtxpre (Spec) | -34.41* | 68.82 |
| | Prtxvis (Spec) | -1.96* | 3.92 |
| | Union Dues | -17.98 | 35.96 |
| | 7.50% Retire | -86.43* | 172.86 |
| | **Net Pay** | **$721.07** | |
| | Savings | -721.07 | 1,442.15 |
| | **Net Check** | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Comp Hours Bal | | 0.00 |
| Pers Days Bal | | 1.50 |
| Sick Days Bal | | 27.65 |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $939.59

© 2000 ADP, Inc.

---

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

**Advice number:** 00000041293
**Pay date:** 01/31/2023



**Deposited to the account of**
**CRYSTAL G BROWN**

| account number | transit ABA | amount |
|---|---|---|
| xx0412 | xxxx xxxx | $721.07 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

Period Ending: 01/15/2023
Pay Date: 01/13/2023

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

**CRYSTAL G BROWN**
**967 W MAIN STREET**
**COATESVILLE PA 19320**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1152.40 | | 1,152.40 | 1,152.40 |
| **Gross Pay** | | | **$1,152.40** | 1,152.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.33 | 77.33 |
| | Social Security Tax | -63.61 | 63.61 |
| | Medicare Tax | -14.88 | 14.88 |
| | PA State Income Tax | -31.50 | 31.50 |
| | Caln Twp Income Tax | -10.26 | 10.26 |
| | PA SUI Tax | -0.78 | 0.78 |
| | **Other** | | |
| | Lst | -2.17 | 2.17 |
| | Prtxden (Spec) | -7.70* | 7.70 |
| | Prtxmed (Spec) | -82.31* | 82.31 |
| | Prtxpre (Spec) | -34.41* | 34.41 |
| | Prtxvis (Spec) | -1.96* | 1.96 |
| | Union Dues | -17.98 | 17.98 |
| | 7.50% Retire | -86.43* | 86.43 |
| | **Net Pay** | **$721.08** | |
| | Savings | -721.08 | 721.08 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Comp Hours Bal | | 0.00 |
| Pers Days Bal | | 1.50 |
| Sick Days Bal | | 28.65 |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $939.59

© 2000 ADP, Inc.

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

**Advice number:** 00000021285
Pay date: 01/13/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **CRYSTAL G BROWN** | xx0412 | xxxx xxxx | $721.08 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

Period Ending: 12/31/2022
Pay Date: 12/30/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

**CRYSTAL G BROWN**
**967 W MAIN STREET**
**COATESVILLE PA 19320**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1152.40 | | 1,152.40 | 26,432.55 |
| Reg Ot | 23.0000 | .50 | 11.50 | 1,016.68 |
| Other | | | | 513.90 |
| Overtime | | | | 8.01 |
| Supplementals | | | | 2,725.58 |
| **Gross Pay** | | | **$1,163.90** | 30,696.72 |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $950.23

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Comp Hours Bal | | 0.00 |
| Pers Days Bal | | 1.50 |
| Sick Days Bal | | 27.78 |

**Deductions**  **Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -83.72 | 2,239.84 |
| Social Security Tax | -64.33 | 1,722.82 |
| Medicare Tax | -15.05 | 402.92 |
| PA State Income Tax | -31.85 | 853.07 |
| Caln Twp Income Tax | -10.38 | 277.86 |
| PA SUI Tax | -0.67 | 17.94 |

**Other**
| | | |
|---|---|---|
| Prtxden (Spec) | -7.70* | 184.80 |
| Prtxmed (Spec) | -82.31* | 1,887.99 |
| Prtxpre (Spec) | -34.41* | 789.43 |
| Prtxvis (Spec) | -1.96* | 47.15 |
| Union Dues | -17.98 | 285.59 |
| 7.50% Retire | -87.29* | 2,302.25 |
| Lst | | 52.00 |
| **Net Pay** | **$726.25** | |
| Savings | -726.25 | 19,633.06 |
| **Net Check** | **$0.00** | |

© 2000 ADP, Inc.

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

**Advice number:** 00000511311
Pay date: 12/30/2022



**Deposited to the account of**
**CRYSTAL G BROWN**

| account number | transit ABA | amount |
|---|---|---|
| xx0412 | xxxx xxxx | $726.25 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

Period Ending: 12/15/2022
Pay Date: 12/15/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

**CRYSTAL G BROWN**
**967 W MAIN STREET**
**COATESVILLE PA 19320**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1152.40 | | 1,152.40 | 25,280.15 |
| Other | | | | 513.90 |
| Overtime | | | | 8.01 |
| Reg Ot | | | | 1,005.18 |
| Supplementals | | | | 2,725.58 |
| **Gross Pay** | | | **$1,152.40** | 29,532.82 |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $939.59

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Comp Hours Bal | | 0.00 |
| Pers Days Bal | | 1.50 |
| Sick Days Bal | | 27.78 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -82.44 | 2,156.12 |
| | Social Security Tax | -63.61 | 1,658.49 |
| | Medicare Tax | -14.87 | 387.87 |
| | PA State Income Tax | -31.50 | 821.22 |
| | Caln Twp Income Tax | -10.26 | 267.48 |
| | PA SUI Tax | -0.67 | 17.27 |
| | **Other** | | |
| | Prtxden (Spec) | -7.70* | 177.10 |
| | Prtxmed (Spec) | -82.31* | 1,805.68 |
| | Prtxpre (Spec) | -34.41* | 755.02 |
| | Prtxvis (Spec) | -1.96* | 45.19 |
| | Union Dues | -17.98 | 267.61 |
| | 7.50% Retire | -86.43* | 2,214.96 |
| | Lst | | 52.00 |
| | **Net Pay** | **$718.26** | |
| | Savings | -718.26 | 18,906.81 |
| | **Net Check** | **$0.00** | |

© 2000 ADP, Inc.

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

**Advice number:** 00000501285
**Pay date:** 12/15/2022

**Deposited to the account of**
**CRYSTAL G BROWN**

| account number | transit ABA | amount |
|---|---|---|
| xx0412 | xxxx xxxx | $718.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

ADP

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

Period Ending: 11/30/2022
Pay Date: 11/30/2022

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

**CRYSTAL G BROWN**
**967 W MAIN STREET**
**COATESVILLE PA 19320**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1152.40 | | 1,152.40 | 24,127.75 |
| Reg Ot | 23.0000 | 1.25 | 28.75 | 1,005.18 |
| Other | | | | 513.90 |
| Overtime | | | | 8.01 |
| Supplementals | | | | 2,725.58 |
| **Gross Pay** | | | **$1,181.15** | 28,380.42 |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $966.18

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Comp Hours Bal | | 0.00 |
| Pers Days Bal | | 1.50 |
| Sick Days Bal | | 27.41 |

**Deductions**

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -85.63 | 2,073.68 |
| Social Security Tax | -65.40 | 1,594.88 |
| Medicare Tax | -15.30 | 373.00 |
| PA State Income Tax | -32.38 | 789.72 |
| Caln Twp Income Tax | -10.55 | 257.22 |
| PA SUI Tax | -0.69 | 16.60 |

**Other**
| | | |
|---|---|---|
| Prtxden (Spec) | -7.70* | 169.40 |
| Prtxmed (Spec) | -82.31* | 1,723.37 |
| Prtxpre (Spec) | -34.41* | 720.61 |
| Prtxvis (Spec) | -1.96* | 43.23 |
| Union Dues | -17.98 | 249.63 |
| 7.50% Retire | -88.59* | 2,128.53 |
| Lst | | 52.00 |
| **Net Pay** | **$738.25** | |
| Savings | -738.25 | 18,188.55 |
| **Net Check** | **$0.00** | |

© 2000 ADP, Inc.

---

CHESTER COUNTY INTERMEDIATE UNIT
EDUCATIONAL SERVICE CENTER
455 BOOT ROAD
DOWNINGTOWN, PA. 19335

**Advice number:** 00000471266
Pay date: 11/30/2022

**Deposited to the account of**
**CRYSTAL G BROWN**

| account number | transit ABA | amount |
|---|---|---|
| xx0412 | xxxx xxxx | $738.25 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**