# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Crystal G. Brown**<br>　　　　　　　　　**Debtor(s)** | **CHAPTER 13** |
| **U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10**<br>　　　　　　　　　**Movant** | **NO.** 23-10104 MDC |
| 　　　　　　vs. | |
| **Crystal G. Brown**<br>　　　　　　　　　**Respondent(s)** | |
| **Kenneth E. West**<br>　　　　　　　　　**Trustee** | |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge