# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Crystal G. Brown**<br>　　　　　　　　　　**Debtor(s)** | CHAPTER 13<br>BK. NO. 23-10104 MDC |
| **U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10**<br>　　　　　　　　　　**Movant**<br>　　　　　　**vs.**<br><br>**Crystal G. Brown**<br>　　　　　　　　　　**Respondent(s)** | |

## **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **May 8, 2023**.

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Joseph F. Claffy Esq.
Joseph F. Claffy & Associates, P.C.
26 South Church Street Suite 1 South
West Chester, PA 19382

Crystal G. Brown
967 West Main Street
Coatesville, PA 19320


Date: May 8, 2023

　　　　　　　　　　　　　　　　　　By: /s/Denise Carlon
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　The Lits Building
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant