# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
   CRYSTAL G. BROWN ) Bankruptcy No. 23-10104
               Debtor. )
) Chapter 13

## ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case. Debtor's former attorney, Joseph F. Claffy, Esquire, passed away on June 25, 2023.

                                         Respectfully submitted,

                                         */s/ Sharon S. Masters*
                                         Sharon S. Masters, Esquire
                                         132 Overleaf Drive
                                         Thorndale, PA 19372
                                         (610) 322-5277
                                         FAX: (951) 344-0434
                                         shmasters@hotmail.com
                                         Attorney for Debtor

Dated: 7/19/2023