IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Crystal Brown,  : CHAPTER 13

Debtor  : NO. 23-10104

**ORDER**

AND NOW, this 17th day of Nov., 2023, upon consideration of the Motion to Reinstate Automatic Stay as to U.S. Bank National Corporation, responses and objections thereto, and the entire record, it is hereby ORDERED that the Motion is GRANTED. The Automatic Stay is hereby REINSTATED immediately.

_____
MAGDELINE D. COLEMAN       J.
Chief Bankruptcy Judge