United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10104-mdc |
|---|---|
| Crystal G. Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2024 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal G. Brown, 967 West Main Street, Coatesville, PA 19320-2699 |
| 14797889 | + | Township of Vallley, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14750812 | | U.S. Bank, N.A., as successot Trustee, to Lasalle Bank, N.A., c/o KML Law Group, PC, 701 Market Street, Suite 5000, Coatesville, PA 19320 |
| 14753457 | + | U.S. Bank, N.A.successor trustee LaSalle Bank Nati, c/o Michael Farrington, 701 Market Street,Suite 5000, Philadelphia PA 19106-1541 |
| 14748799 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 14 2024 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2024 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14750811 | + | Email/Text: bknotice@ercbpo.com | Mar 14 2024 00:25:00 | Enhanced Recovery, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 14767992 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2024 00:25:00 | U.S. Bank, N.A., successor trustee at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14768256 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2024 00:25:00 | U.S. Bank, N.A., successor trustee at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14750813 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 14 2024 00:27:28 | U.S. Dept. of Housing & Urban Dev., 100 East Penn Square, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 13, 2024 | Form ID: pdf900 | Total Noticed: 11

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10 bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10 mfarrington@kmllawgroup.com

SHARON S. MASTERS
on behalf of Debtor Crystal G. Brown shmasters@hotmail.com  G65312@notify.cincompass.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　CRYSTAL G. BROWN<br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-10104-MDC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE: March 12, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge